# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **PAUL SHATTUCK** | § | **PETITIONER** |
| | § | |
| **v.** | § | **Civil No. 1:25-cv-84-HSO-RPM** |
| | § | |
| **JOHN LEDBETTER** | § | **RESPONDENT** |

## FINAL JUDGMENT OF DISMISSAL

In accordance with the Order entered this date adopting the Magistrate Judge's Report and Recommendation [26], the Court hereby enters judgment pursuant to Federal Rules of Civil Procedure 58. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Petitioner Paul Shattuck's Petition [1] for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 26th day of February, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE